UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff, CRIMINAL NO. 26-CR-20662

vs.

CLARA ROBIN WILKERSON, et al.,

Defendants.
_______________________________________/

**ORDER TO ISSUE SUMMONS**

Upon the Government's request,

IT IS HEREBY ORDERED the issuance of a summons for the appearance of: Dr. Luis Rodriguez.

_______________________________
HON. ANTHONY P. PATTI
United States Magistrate Judge

ENTERED: November 20, 2026